PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**

JUL 18 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: <br><br> - Shipping crates bearing bill of lading number #787-245933-5; <br> -12898 Slate Creek Road, Nevada City, CA; <br> -5859 Rosebud Lane, Building "C" Suite 16, Citrus Heights, CA; <br> - Gray Honda Element, bearing California tag "5LXD960"; <br> - 12035 Puffball Court; <br> - 11935 Hutto Road; <br> - Apple iPad DQTG5304DFJ3; <br> - Thumb Drive BL1105ZHPB; <br> - Apple Black iPhone IC:579C-E2430A*; <br> - Western Digital Harddrive WX70AA9Y1107; <br> - ASUS Desktop C2PDCG001EE8; <br> - Samsung Laptop ZYPX93BB303146K; and <br> - LG CELL PHONE 203CYNL0316583 | 2:12-SW-0631-CKD <br> 2:12-SW-0633-CKD <br> 2:12-SW-0634-CKD <br> 2:12-SW-0635-CKD <br> 2:13-SW-0612-KJN <br> 2:13-SW-0613-KJN <br> 2:13-SW-0802-CKD <br> 2:13-SW-0803-CKD <br> 2:13-SW-0804-CKD <br> 2:13-SW-0806-CKD <br> 2:13-SW-0808-CKD <br> 2:13-SW-0809-CKD <br> 2:13-SW-0810-CKD <br><br> [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered

unsealed.

Dated: 7/15/2016

_Carol K Delaney_
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS